E-Filed: **6/4/09**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY K. ROGERS, | ) | Case No. CV 09-2739 GHK(JC) |
| | ) | |
| Petitioner, | ) | ~~(PROPOSED)~~ |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| BERNADETTE L. ROBERTS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED:  6/4/09

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE